**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:06cr112** |
| | § | |
| **CHARLES RALPH SHELTON, JR.** | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

By order, the undersigned referred this matter to the Honorable John D. Love, United States

Magistrate Judge, at Tyler, Texas, for administration of a guilty plea under Rules 11 and 32 of the

Federal Rules of Criminal Procedure.  Judge Love conducted a hearing in the form and manner

prescribed by Federal Rule of Criminal Procedure 11 and the Honorable John D. Love issued his

*Report and Recommendation of the United States Magistrate Judge* [Clerk's doc. #28].  The

Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally

accept his plea agreement.  He further recommended that the undersigned finally adjudge Defendant

as guilty on **Count Two** of the **Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings.  The Court is of the opinion

that the *Report and Recommendation* should be accepted.  It is accordingly  **ORDERED** that the

*Report and Recommendation* [Clerk's doc. #28] of the United States Magistrate Judge are

**ADOPTED.**  Defendant's guilty plea and the plea agreement are conditionally **ACCEPTED** by the

Court at this time.

It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate

judge's findings and recommendation, Defendant, Charles Ralph Shelton, Jr. is hereby adjudged as

–1–

**GUILTY** on **Count Two** of the charging **Indictment**, conditioned upon the Court's final acceptance of the guilty plea and plea agreement at sentencing.

**SIGNED this 16th day of March, 2007.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE